IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BENEFYTT TECHNOLOGIES, INC., (n/k/a BENEFYTT TECHNOLOGIES, LLC), | § § § § | No. 40, 2025 |
| Plaintiff Below, Appellant, | § § § | Court Below–the Superior Court of the State of Delaware |
| v. | § § § | C.A. No. N21C-02-143 |
| CERTAIN UNDERWRITERS AT LLOYDS' OF LONDON, XL SPECIALTY INSURANCE COMPANY, EXECUTIVE RISK INDEMNITY, INC., and ENDURANCE ASSURANCE CORPORATION, | § § § § § § § § § | |
| Defendants Below, Appellees. | § § | |

Submitted: July 16, 2025
Decided: August 7, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, and after oral argument, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Superior Court's Corrected Memorandum Opinion and Order dated January 6, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice